

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00135-CV

_____

ROBERT WILLIAM SCOTT BAUER; BRAXTON MINERALS, L.L.C.; AND BRAXTON MINERALS II, L.L.C., Appellants

V.

JOHN BRADLEY ASHBURN AND POST OAK APPALACHIA, L.L.C., Appellees

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-291527-17

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Robert William Scott Bauer; Braxton Minerals, L.L.C.; and Braxton Minerals II, L.L.C. attempt to appeal from the trial court's judgment signed on December 6, 2018. Appellants filed a motion for new trial on January 7, 2019, and the notice of appeal was therefore due March 6, 2019. *See* Tex. R. App. P. 26.1. However, appellants did not file their notice of appeal until April 15, 2019.

On April 22, 2019, we notified appellants that we were concerned we may not have jurisdiction over this appeal because the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. We cautioned that unless they or any party desiring to continue the appeal filed with the court, on or before Thursday, May 2, 2019, a response showing grounds for continuing the appeal, we could dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We have not received a response.

We do not have jurisdiction over an appeal absent a timely filed notice of appeal. *See* Tex. R. App. P. 2, 25.1(b); *Howlett v. Tarrant Cty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) (op. on reh'g) (citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)). Accordingly, because the notice of appeal was untimely, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

Delivered: May 23, 2019